IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN BURNETTE,<br>      Petitioner,<br><br>vs.<br><br>THE ATTORNEY GENERAL OF THE<br>STATE OF PA.; THE DISTRICT<br>ATTORNEY OF THE COUNTY OF<br>FAYETTE,<br>      Respondents. | ) <br>)<br>)<br>) Civil Action No. 11-1216<br>) Chief Judge Gary L. Lancaster/<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 24th day of Feb., 2012, after the Petitioner, Glenn Burnett, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the Petitioner until February 13, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petitioner for Habeas Corpus brought pursuant to 28 U.S.C. § 2254 is DISMISSED for Petitioner's failure to prosecute and/or failure to respond to the Court's Order.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
GARY L. LANCASTER
Chief United States District Judge

cc:   Honorable Maureen P. Kelly
      United States Magistrate Judge

      Glenn Burnette
      JA-0593
      SCI Lane
      165 SCI Lane
      Greensburg, PA 15601-9103