IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN BURNETTE, | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 11-1216 |
| | ) Chief Judge Gary L. Lancaster/ |
| THE ATTORNEY GENERAL OF THE | ) Magistrate Judge Maureen P. Kelly |
| STATE OF PA.; THE DISTRICT | ) |
| ATTORNEY OF THE COUNTY OF | ) |
| FAYETTE, | ) |
| Respondents. | ) |

## ORDER

AND NOW, this 24th day of Feb, 2012, after the Petitioner, Glenn Burnett, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the Petitioner until February 13, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petitioner for Habeas Corpus brought pursuant to 28 U.S.C. § 2254 is DISMISSED for Petitioner's failure to prosecute and/or failure to respond to the Court's Order.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Glenn Burnette
JA-0593
SCI Lane
165 SCI Lane
Greensburg, PA 15601-9103